IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDRE BOULAY, JUANITA BRUNO, AARON CORCORAN, MARGARITA CRUZ HERNANDEZ, ARUN DURAISWAMY, SEYFETTIN ERIK, SRISAILAM GAGAPURI, TERESA HARGREAVES, ALBERTO HERRERA MANSALVO, DANIEL LOPEZ CANCHOLA, ALEKSANDAR MARKOVSKI, BENJAMIN MORENO-GODOY, YANSY RIVERA SAABEDRA, ANITA SRESHTA, MARICELA TORRES PADRON, YIHAN XU, MONICA TENESACA DELGADO, TIFFANY LYONS, EMMANUEL AYALA FIGUEROA, and JOEL GUTIERREZ HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, in her official Capacity as Director, United States Citizenship & Immigration Services (USCIS),<br><br>Defendant. | 4:23CV3052<br><br>**REASSIGNMENT ORDER** |

A consent to exercise jurisdiction by the United States Magistrate Judge has not been filed. *See* 28 U.S.C. § 636(c); NECivR 73.1(a). Accordingly, pursuant to NECivR 73.1(a),

IT IS ORDERED that this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and is assigned to Magistrate Judge Cheryl R. Zwart for judicial supervision.

Dated this 31st day of July 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge